Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Columbia District of South Carolina

Civil Division

RECEIVED
USDC CLERK, COLUMBIA, SC
2020 NOV -9 AM 10: 18

CHANDEL RICHARD HOFFMAN, Black Hills Holdings LLC

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

American Express Company, Berkshire Hathaway Inc., The Vanguard Group, Inc., BlackRock, Inc., SSgA Funds Management, Inc., Wellington Management Co. LLP, Dodge & Cox

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*   ☐ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

**I.   The Parties to This Complaint**

   **A.   The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | CHANDEL RICHARD HOFFMAN |
   | Street Address | 11 North Poplar Ave |
   | City and County | Andrews, Georgetown County |
   | State and Zip Code | South Carolina, 29510 |
   | Telephone Number | 201-926-4068 |
   | E-mail Address | chandel.hoffman@gmail.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name: American Express Company
    Job or Title (if known):
    Street Address: 200 Vesey Street
    City and County: New York, New York County
    State and Zip Code: New York, 10285
    Telephone Number: 212-640-2000
    E-mail Address (if known):

Defendant No. 2
    Name: Berkshire Hathaway Inc.
    Job or Title (if known):
    Street Address: 3555 Farnam Street
    City and County: Omaha, Douglas County
    State and Zip Code: Nebraska, 68131
    Telephone Number: 402-346-1400
    E-mail Address (if known):

Defendant No. 3
    Name: The Vanguard Group, Inc.
    Job or Title (if known):
    Street Address: 100 Vanguard Blvd
    City and County: Malvern, Chester County
    State and Zip Code: Pennsylvania, 19355
    Telephone Number: 610-669-1000
    E-mail Address (if known):

Defendant No. 4
    Name: BlackRock, Inc.
    Job or Title (if known):
    Street Address: 55 East 52ND Street
    City and County: New York, New York County
    State and Zip Code: New York, 10022
    Telephone Number: 212-810-5300
    E-mail Address (if known):

## *Attachment of defendants*

**Defendant 5**

SSgA Funds Management, Inc.
State Street Financial
Center 1 Lincoln Street
Boston, MA 02111
617-786-3000
www.ssgafunds.com

**Defendant 6**

Wellington Management Co. LLP
280 Congress Street
Boston, MA 02210
1-617-951-5000
www.wellington.com

**Defendant 7**

Dodge & Cox
555 California Street
40TH Floor
San Francisco, CA 94104
1-800-254-8494
www.dodgeandcox.com

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question     ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

15 U.S. Code 52 - Dissemination of false advertisement, 15 U.S. Code 77 www. Liability for misleading statements, 15 U.S.C 54 False advertisements; penalities, Tittle VII of the Civil Rights Act of 1964, Truth in Lending Act

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* CHANDEL RICHARD HOFFMAN, is a citizen of the State of *(name)* South Carolina.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* Black Hills Holdings LLC, is incorporated under the laws of the State of *(name)* New Jersey, and has its principal place of business in the State of *(name)* New Jersey.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* American Express Company, is a citizen of the State of *(name)* New York. Or is a citizen of *(foreign nation)*.

**If the Basis for Jurisdiction Is a Federal Question**

3. If the defendant is a corporation

The defendant, The Vanguard Group Inc., is incorporated under the laws of the State of Delaware and has its principal place of business in the State of Pennsylvania.

4. If the defendant is a corporation

The defendant, BlackRock Inc. is incorporated under the laws of the State of Delaware and has its principal place of business in the State of New York.

5. If the defendant is a corporation

The defendant, Wellington Management Co. LLP is incorporated under the laws of the State of Delaware and has its principal place of business in the State of Massachusetts.

6. If the defendant is a corporation

The defendant, Dodge & Cox is incorporated under the laws of the State of Delaware and has its principal place of business in the State of California.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* BERKSHIRE HATHAWAY INC. , is incorporated under the laws of the State of *(name)* Delaware , and has its principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

CHANDEL RICHARD HOFFMAN and Black Hills Holdings LLC seeks $98 billion USD from the defendant(s). We are requesting $25 billion USD effective immediately from American Express. The remainder will be paid over 4 calendar years or at the end of each quarter.

As a result, CHANDEL RICHARD HOFFMAN and Black Hills Holdings LLC urge the court to make the defendant(s) send all payments via Fedwire to LAKELAND BANK with instructions ATTN: Black Hills Holdings LLC. If the defendant(s) require further instructions, please have their back office contact TERRI PULLINS at LAKELAND BANK in Teaneck, NJ. TERRI is an outstanding professional and is extremely capable of helping the defendant(s) with wire transfer instructions.

The second option is American Express divide the punitive money damages with 7 of its top 10 shareholders as such:

American Express is liable for $49 billion USD in punitive money damages. We are seeking $10 billion USD effective immediately. The remainder will be paid each quarter over 4 calendar years.

Berkshire Hathaway is liable for $8.16 billion USD in punitive money damages. We are seeking $4 billion USD effective immediately. The remainder will be paid each quarter over 4 calendar years.

The Vanguard Group, Inc. is liable for $8.16 billion USD in punitive money damages. We are seeking $4 billion USD effective immediately. The remainder will be paid each quarter over 4 calendar years.

The BlackRock, Inc. is liable for $8.16 billion USD in punitive money damages. We are seeking $4 billion USD effective immediately. The remainder will be paid each quarter over 4 calendar years.

The SSgA Funds Management Inc, is liable for $8.16 billion USD in punitive money damages. We are seeking $4 billion USD effective immediately. The remainder will be paid each quarter over 4 calendar years.

The Wellington Management Co. LLP, is liable for $8.16 billion USD in punitive money damages. We are seeking $4 billion USD effective immediately. The remainder will be paid each quarter over 4 calendar years.

Dodge & Cox is liable for $8.16 billion in punitive money damages. We are seeking $4 billion USD effective immediately. The remainder will be paid each quarter over 4 calendar years.

### III.     Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

CHANDEL RICHARD HOFFMAN has the American Express Green card and Blue Card for personal use. Black Hills Holdings LLC has the American Express Gold Corporate card. American Express has an annual fee of $150 for the Green Card and $250 for the Gold Card. The American Express Blue Card has no annual fee, as it is a credit card.

American Express advertises that their charge cards have "NO PRESET SPENDING LIMIT." This claim is factually incorrect. Cardholders are given a predetermined spending limit that changes without a clear explanation or financially speaking, this would be considered a debt instrument with a floating spending limit. CHANDEL RICHARD HOFFMAN has called American Express approximately 20 times requesting they increase his spending limit, as transactions were being declined before payment due date and there had been no balance carried over from the previous month.

American Express claims its values are the following:
We value our strong customer relationships, and are defined by how well we take care of them.
CHANDEL RICHARD HOFFMAN and Black Hills Holdings LLC has not been taken care of but has been neglected for months and as an individual been taken advantage of for approximately 7 years.

On November 3rd, 2020, American Express suspended purchasing power on all CHANDEL RICHARD HOFFMAN's and Black Hills Holdings LLC financial products with the claim of, "We Noticed You're Spending More Than Usual." This is a perfect example of American Express leveraging their risk and operating as if it were an insurance company. Ironically, there was a significant amount of credit available for CHANDEL RICHARD HOFFMAN to use on the American Express Blue Card.

American Express charge cards can function as a pre-paid credit card, as an American Express representatives suggested CHANDEL RICHARD HOFFMAN make payment before the end of the billing cycle to give himself a spending buffer. An American Express representative has also recommended that CHANDEL RICHARD HOFFMAN use the tool "CHECK SPENDING POWER" on the American Express App to verify spending capabilities. This has been an exceptional tool, as it clearly shows the low spending limit but the exorbitant annual fees CHANDEL RICHARD HOFFMAN has paid since 2013. CHANDEL RICHARD HOFFMAN has never been deliquent on a payment with American Express and does not intend on doing so, regardless of the state of the economy.

On Tuesday November 3, 2020 CHANDEL RICHARD HOFFMAN made payment on the American Express Green Card and Blue Card, to resolve the matter on those two cards but all three cards remained deactivated.

On Wednesday November 4, 2020 CHANDEL RICHARD HOFFMAN paid the remaining balance on the American Express Gold Corporate Card. At that point, American Express reactivated spending for all three financial products yet the scheduled payment date was November 12, 2020. The charge card balances have appeared on CHANDEL RICHARD HOFFMAN's credit report. As previously mentioned, these cards have floating spending power that varies from month to month and this illustrates American Express Company has inaccurate billing records and an inability to classify their financial products correctly.

CHANDEL RICHARD HOFFMAN attempted to resolve the issue by requesting information on obtaining the American Express Centurion Card and was told "this is an invitation only product." This is another example of American Express Company not explaining clearly how CHANDEL RICHARD HOFFMAN and Black Hills Holdings LLC can achieve their financial goals.

The mission statement of American Express is the following:
American Express is a globally integrated payments company that provides customers with access to products, insights, and experiences that enrich lives and build business success.

In fact, American Express has collected payments from CHANDEL RICHARD HOFFMAN and Black Hills Holdings LLC and on numerous occasions have been denied access to products, insight and experiences that would enrich CHANDEL RICHARD HOFFMAN's life and build Black Hills Holdings LLC business success.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

CHANDEL RICHARD HOFFMAN and Black Hills Holdings LLC seeks $98 billion USD from the defendant(s). We are requesting $25 billion USD effective immediately from American Express. The remainder will be paid over 4 calendar years or at the end of each quarter.

The defendant(s) can contact CHANDEL RICHARD HOFFMAN via email with wire transfer payment instructions.

The second option is American Express can divide the punitive money damages with 7 of its top 10 shareholders as following:

American Express is liable for $49 billion USD in punitive money damages. We are seeking $10 billion USD effective immediately. The remainder will be paid each quarter over 4 calendar years.

Berkshire Hathaway is liable for $8.16 billion USD in punitive money damages. We are seeking $4 billion USD effective immediately. The remainder will be paid each quarter over 4 calendar years.

The Vanguard Group, Inc. is liable for $8.16 billion USD in punitive money damages. We are seeking $4 billion USD effective immediately. The remainder will be paid each quarter over 4 calendar years.

The BlackRock, Inc. is liable for $8.16 billion USD in punitive money damages. We are seeking $4 billion USD effective immediately. The remainder will be paid each quarter over 4 calendar years.

The SSgA Funds Management Inc, is liable for $8.16 billion USD in punitive money damages. We are seeking $4 billion USD effective immediately. The remainder will be paid each quarter over 4 calendar years.

The Wellington Management Co. LLP, is liable for $8.16 billion USD in punitive money damages. We are seeking $4 billion USD effective immediately. The remainder will be paid each quarter over 4 calendar years.

Dodge & Cox is liable for $8.16 billion in punitive money damages. We are seeking $4 billion USD effective immediately. The remainder will be paid each quarter over 4 calendar years.

The late payment penalty is 0.5% of the amount in controversy after the signed date, for each day or part of a month the amount in controversy remains unpaid, up to 25%.

The defendant(s) does not have to pay the penalty if defendants can show reasonable cause for the failure to pay on time.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**V.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            11/06/2020

Signature of Plaintiff
Printed Name of Plaintiff           Chandel Richard Hoffman

**B.     For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address